# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**BRYCE F. LOCKWOOD,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-543C**
**Filed: June 4, 2007**

## O R D E R

The court is in receipt of the plaintiff's Notice of Directly Related Case, naming Six v. United States, No. 04-1727C (Fed. Cl. filed Dec. 2, 2004), and of an accompanying request for the court to consider establishing special procedures to jointly address the Six case and the above-captioned case. The Six case and the present cases involve different parties, and do not qualify as directly related cases under the court's rules. In concluding that special procedures were inappropriate, the trial judge in the Six case recently stated that the court was unaware of any authority warranting special procedures for two cases filed at different times, involving different plaintiffs, at different points in the litigation process, and involving different factual and legal issues. See May 22, 2007 Order, Six v. United States, No. 04-1727C (Fed. Cl. filed Dec. 2, 2004). Similarly, special procedures to join the above-captioned and Six cases under the circumstances presented by the two cases are deemed inappropriate by the undersigned judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**